OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458        NOV 04 2014
$ 00.26⁵
MAILED FROM ZIP CODE 78701

11/3/2014

**GEORGE, SHERWOOD LYNN**   Tr. Ct. No. W09-54599-T(B)         **WR-75,961-07**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

SHERWOOD LYNN GEORGE

**RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL**